UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-62322-WPD

SILVIA LOPEZ,

    Plaintiff,

v.

BEACH SPOT, INC. D/B/A ROCKBAR,

    Defendant.

_____/

**ORDER APPROVING SETTLEMENT AGREEMENT;**
**DISMISSING CASE WITH PREJUDICE**

THIS CAUSE is before the Court upon the Joint Notice of Settlement, Stipulation for Dismissal with Prejudice, and Motion to Approve Settlement [DE 30], filed herein on February 6, 2017. The Court has carefully considered the Motion to Approve Settlement and the attached Settlement Agreement [DE 30-1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Motion to Approve Settlement [DE 30] is **GRANTED**;
2. The parties' Settlement Agreement is hereby **APPROVED**;
3. This case is **DISMISSED** with prejudice;
4. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED**, in Chambers, at Fort Lauderdale, Broward County, Florida, this 6th day of February, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record